[No. 23949-7-III.  Division Three.  August 1, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA A. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00798-3, Cameron Mitchell, J., entered February 23, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24242-1-III.  Division Three.  August 1, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA A. DAHLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03142-8, Tari S. Eitzen, J., entered May 17, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 23924-1-III.  Division Three.  August 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JACK NEWTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02789-9, Gregory D. Sypolt, J., entered February 11, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.